UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

D.K. HARRIS,
D.K. HARRIS PENSION TRUST,
WILLIAM J. LOGUE,
WILLIAM J. LOGUE TRUST,
                  **Plaintiffs,**

-vs-                                           Case No. 6:08-cv-210-Orl-28KRS

CAPTIVA CONDOMINIUMS, LLC,
                  **Defendant.**

## ORDER

This case is before the Court on the Amended Motion for Attorney's Fees, Costs and Expenses (Doc. No. 13) filed June 2, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by Defendant, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 8, 2008 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant's Amended Motion for Attorney's Fees, Coast and Expenses (Doc. No. 13) is **DENIED**.

DONE and ORDERED in Chambers, Orlando, Florida this ___/_)___ day of November, 2008.

                                                                      JOHN ANTOON II
                                                                      United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party